Case NUMBER 23-15873 — 1
Missing pg 24

Alfred Erik Caraffa ADC#350727   Case NO.
Name and Prisoner/Booking Number      23-15873

Arizona State Prison-Tucson Complex  23-15873
Place of Confinement

PO Box 24403                          Exhibit of
Mailing Address                      Evidence

Tucson Arizona, 85734
City, State, Zip Code                Court's copy

(Failure to notify the Court of your change of address may result in dismissal of this action.)

My file copy   Filed 5/1/23

Exparte Alfred **IN THE UNITED STATES DISTRICT COURT**
                        **FOR THE DISTRICT OF ARIZONA**

Erik Caraffa ADC#350727   Under/during 2:22-cv-
(Full Name of Plaintiff)         00813-PHX-MTL (ESW)

                    Plaintiff,

                                        CV-24-00077-TUC-JGZ(PSOT)
v.                               **CASE NO.** _____

(1) C. Ruley (C/O)                    (To be supplied by the Clerk)
(Full Name of Defendant)

(2) Stacey - Doe                     **CIVIL RIGHTS COMPLAINT**
                                        **BY A PRISONER**
(3) Arizona Dept. of Corrections                    ☒ FILED   ☐ LODGED

(4) State of Arizona                 ☒ Original Complaint   **2/8/2024**
                    Defendant(s).    ☐ First Amended Complaint   CLERK U.S. DISTRICT COURT
                                     ☐ Second Amended Complaint   DISTRICT OF ARIZONA
☒ Check if there are additional Defendants and attach page 1-A listing them.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 42 USCS Section 1997(d) and official / individual
   Cap City

2. Institution/city where violation occurred: ASPC-Tucson / Tucson / Phoenix
                                                            Arizona

Revised 3/11/16

1 of 24 total
47 of 120

550/555
SUPREME COURT U.S.
CLERK
JUN - 1 2023
RECEIVED

## B. DEFENDANTS

1. Name of first Defendant: c/o C. Riley   The first Defendant is employed
as: Correctional officer C. Riley at State employee
(Position and Title)                                    (Institution)

2. Name of second Defendant: Stacey-Doe   The second Defendant is employed as:
as: Murder conspiracy suspect at UNKNOWN
(Position and Title)                                    (Institution)

3. Name of third Defendant: Arizona Dept. of Corrections The third Defendant is employed
as: ADCRR   at State government entity
(Position and Title)                                    (Institution)

4. Name of fourth Defendant: A State of Arizona The fourth Defendant is employed
as: the State of Arizona at State government entity.
(Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 795. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Alfred E. Caraffa v. United States of America
   2. Court and case number: U.S. Supreme Court 22-6707
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
   Pending conference

b. Second prior lawsuit:
   1. Parties: Alfred E. Caraff v. President Joe Biden et al
   2. Court and case number: 22-6532 US Supreme Court
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) filed/IN?
   trial fraudulant court Documents filed/IN?

c. Third prior lawsuit:
   1. Parties: Alfred E. Caraffa v. President Joe Biden etc l
   2. Court and case number: U.S. Supreme Court Pending NO.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
   filed March 7th 2023 by Institutional Legal Mailing System.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

48 of 120

Department of Correction who work with Chuck Ruley. A suspect in an open Murder Investigation (Named as C/O C. Ruley) In official and Individual Capacities under Color of State Law.

8) the 8th Defendant is the Phoenix Police Department. the 8th Defendant is the Phoenix Police Department An government entity of Phoenix Arizona Named as the County of Maricopa. Arizona

9) the 9th Defendant is the Tempe Police department. the 9th Defendant is the Tempe Police Department An government Entity of Tempe Arizona Named as the County of Maricopa, Arizona.

49 of 120

2(3) of 24

B. __Defendants__

5) Defendant number five is Stacey Garwood. the fifth defendant is employed as the Grievance Coordinator at ASPC-Tucson in official and Individual Capacities.

6) the sixth Defendant is Tempe/Phoenix Police officer J. Liu. the 6th Defendant was Employed as A Tempe Arizona Police officer and while on Administrative Leave and Awaiting trial was Employed as Phoenix Police officer J. Liu. In official and Individual Capacities under color of State Law.

7) the seventh Defendant is the government unit of Correctional Staff at ASPC-Tucson Rincon and Santa Rita Compounds. the 7th Defendants Are employes of the Arizona

2 (a) of 24    50 of 128

10) the tenth Defendant is Ryan Thornell. the 10th Defendant is employed As the Director of Arizona Dept. of Corrections in official and Individual Capacities under color of State Law.

11) the 11th Defendant is Named as Napa Care Medical Services. the 11th Defendant is employeed as the Medical Services of Arizona State prison System in official Capacity under contract

12) the 12th Defendant is Named as Centurion Medical services. the 12th Defendant is was employed As the Medical Services of Arizona State Prison System in official Capacity under Contract. But No longer is under Contract.

51 of 120

2(d) of 24

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _14th Amendment_
    _U. S. Constitution_

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: _Due Process of Law_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _In November 2019 this habeas Petitioner
    Was in Phoenix Arizona And Saw Issac
    Morris (Another habeas Corpus Petitioner when
    Released) Defendant C. Riley along with
    three Large Males and two females were
    Scene in the SAME Area as Mr. Morris
    with his Boxes After BEing Released for A crime
    he did not committ which C Riley was involved IN._

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _Tampering with A witness to cover-up
    Information in A Murder Investigation_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _the Federal Court is the highest level_

    _52 of 120_

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _14# Amendment_
_U.S. Constitution_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: _Due Process of Laws_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _IN July and Aug/Sept 2019, this habeas petitioner_
   _was in Phoenix Arizona, was Stopped twice_
   _by J. Liu (A Phoenix Police officer) who was_
   _on Administrative leave from A shooting of_
   _An 15 year old Mexican Boy in Tempe Arizona_
   _(Last name Rodriguez) Phoenix/Tempe Police_
   _officer was in full Dress uniform w/A side Arm_
   _45mm or 9mm semi-Automatic weapon and A_
   _Lake Tahoe Phoenix Police Cruiser._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Interferring with AN Investigation into the_
   _killing of A 15 year old Child._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Not AN grievible Issue at this Prison_

   _53 of 120_

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _14th Amendment_
_U.S. Constitution_

2. **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Due process of Law_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Between November 2021 to Present this Habeas Petitioner has tried to get Legal Calls to the F.B.I. in Washington D.C. About Information in three Murder Investigations/Conspiracies to Cover-up Murders) All the Legal Calls were denied And NEVER followed-up on by Arizona Dept. of Corrections Employees._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Denied to Report information in Murder Investigation and Cover-ups in Murder Investigations_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Not Grievible at this Prison_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

_54 of 120_

# Count four
## Cause of Action

1) Constitutional Right violated - 8th Amendment U.S. Constitution

2) Count four - violation of 42 uscs 1997(d)

3) Supporting facts: for over three years this habeas corpus Petitioner has Been retaliated against for Knowing And for over 1 1/2 years trying to Report to the Federal Government Information In Murder Investigations. while Arizona Dept. of Corrections Deprive Constitutional Rights/Privileges and use forms of Retaliation to try to Intimiadate Me Not to be A witness. OR and seek my constitutional Rights to Redress of my grievances.

4) Injury - Retaliation used against 55 of 120     5 (e) of 24

habeas petitioner who knows of Important Information in two Active/or Now over Murder investigations that Involve A(1) Correctional officer and (2) A Phoenix/ Tempe Police officer.

5)(a) yes          (C) No
  (B) no           (d) Is Not A grievible
                        Issue At this facility

## Count five
### Cause of Action

1) Constitutional Right violated. 14th Amendment U.S. Constitution

2) count five- violation of 18 USCS section 241- conspiracy against Rights and section 242-Deprivations of Rights under Color of Law.                    56 of 120

                    5 (b) of 24

3) <u>Supporting facts</u> - for 39 months employes of Maricopa County Sheriff's office, Phoenix Police Department and Arizona Dept. of Corrections. Under color of State Law have willfully Subjected this habeas petitioner to deprivation(s) of Federal Constitutional Rights, Privileges and Immunities secured and protected by the U.S. Constitution and Laws of the United States of America.

4) <u>Injury</u> - Deprived Federal Constitution Rights, Privileges and Immunities by Employes of the State of Arizona.

5) (a) yes
   (b) No
   (c) no

(d) not An grievible Issue at this Prison Facility. 57 of <u>120</u>

5 (c) of 24 of 24

## Count Six
### Cause of Action

1) <u>Constitutional Violation of Rights</u>
14<u>th</u> Amendment U.S. Constitution

2) Count Six- Violation of 18 USCS section
249- Hate Crimes Act(s) (249)(a)(2)(A)
(II) the offense involves kidnapping.

3) <u>Supporting facts</u>- During A quest for
A writ of habeas corpus Defendant(s)
of the Arizona Dept of Corrections
have Made comments About My habeas
Compensation Being "Too Much Money
For A Tranny" or Too much Money for
A transgender."
        While depriving Federal Constitutional
Rights, Privileges under color of State Law
In official and Individual Capacities.

58 of
<u>120</u>        5(d) of <u>24</u> of <u>24</u>

4) ~~Injury~~ Deprived Federal Constitutional Right for Being transgender.

5) (a) yes        (c) ~~yes~~ yes
   (b) ~~yes~~ yes   (d) got NO Resolution only more Retaliation by more correctional Staff.

## Count Seven
### Cause of Action

1) Constitutional Right violated = ~~Fourth~~ Fifth Amendment U.S. Constitution.

2) Court Seven - Due process of Law (violations of 18 USCS Section 1505 obstruction of proceedings before departments, agencies and committies.            59 of 120

5(e) of 24 of 24

3) <u>Supporting facts</u> - under color of State Law in official and Individual Capacities Defendant(s) of the Arizona Dept. of Corrections Conspired to prevent and Obstruct Compliance, willfully withheld, concealed and Cover-uped Corruption of the State and County government of Maricopa County and to prevent the proper procedure in A writ of habeas Corpus used force and threats to Influence, obstruct and Impede the proper Administration of the Law under A pending writ of habeas Corpus hearing is Mandatory-

4) <u>Injury</u> - Deprived proper Administration of Justice by Employes of the Arizona Dept. of Corrections.

5 (F) of 24 of 24    60 of 120

5) (a) yes    (c) No
   (b) No    (d) Not grievible at this
              State Prison.


## Count eight.
## Cause of Action

1) Constitutional Right(s) violation(s)-
14th Amendment, U.S. Constitution.


2) Count 8 - Due process of Law (violation
of 18 USCS section 1505)

3) Supporting facts - under color of State
Law In official and Individual Capacities
Correctional Steff at Arizona State Prison
Complex-Tucson Deprived Due and Propure
excerise of power of Inquiry under the
Sole power of Impeadment to the U.S.
Congress. (Impeadment Inquiries of

                                    61 of
5(g) of 24 of 24    120

Michael T. Liburdi and Jennifer G. Zipps and E. S. Willett. which does involve offense(s) of domestic terrorism against the State of Arizona And the United States of America.

4) <u>INJury</u> - Deprived Constitutional Rights by Domestic Terrorist involved in Corruption and Overthrowing the County government of Maricopa - Arizona.

5) (a) yes        (d) Not An grievible issue with
    (b) No              Domestic Terrorist of the state
    (c) No              of Arizona.

62 of
<u>120</u>

Count 12

2) Constitutional Right Violated. 14th Amendment U.S. Constitution.

5 (h) of <u>24</u> of <u>24</u>

**D.  CAUSE OF ACTION**

~~COUNT I~~ Count Nine

1.  State the constitutional or other federal civil right that was violated: First Amendment of the U.S. Constitution.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☒ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: Petition Clause

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    SEVERAL TIMES IN 2023 Under Color of State Law in official And Individual Capacities Defendant Stacey Garwood has abridged the Grievance process to Resolution(s) Sought Against the Arizona Dept. of Corrections and denied Constitutional Rights to seek claims of Restitution Against the ADCRR and State of Arizona.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s)
    Deprived the Constitutional grievance Process by State employee.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  The federal Courts is the highest level

63 of 120

5(i) of 24  of 24

Count ten
~~COUNT II~~

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due process of Law

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEVERAL TIMES During 2023 while In OFFICIAL And Individual Capacity Under Color of State Law Defendant Stacey Crowood has violated the Constitution of the United States By Not Allowing Due Process to be Served In the Grievance Process of/At Rincon Unit of ASPC-Tucson.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprived Constitutional Due Process Laws by State of Arizona Employee.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The federal Gaurenment is the highest level

   64 of 120

   5(j) of 24 of 24

Count 11
~~COUNT III~~

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution-

2. **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - [ ] Basic necessities
   - [ ] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

For over two Months Under Color of
State Law in official Capacity and
Individual Capacity Employes of ADCRR
have Deprived Legal Supplies to file Court
Documents to the Federal district Court
and the U.S. Supreme Court in open case(s)
and An open Writ of habeas Corpus case.
And too other parties in those Civil Actions

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deprived legal Supplies to Access the Courts
to file documents in Civil / Habeas case(s)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Count III? [x] Yes [ ] No
   c. Did you appeal your request for relief on Count III to the highest level? [ ] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The Federal Court is the highest Level of Relief

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

65 of 120

5(K) of 24 of 24

# Count 12

1) <u>Constitutional Right violated</u> – 14th Amendment U.S. Constitution

2) <u>Count 12</u> – Due process of Law (violations(s) of 18 USCS Section 1509 Obstruction of Court orders)

3) <u>supporting facts</u> – under color of State Law in official and Individual Capacities correctional staff of the Arizona Dept. of Corrections have by force, willfully prevented obstructed, impeded and Interfered with the due excerise of rights and the propure Administration of duties under court order(s) IN A writ of habeas Corpus civil Action. Seeking Impeachment(s) and criminal charges for Arizona Dept. of Corrections personel and

5(L) of 24 of 24   66 of
720

Employees of this State of Arizona.

4) <u>Injury</u> – willfully preventing and Obstructing the filing of Criminal offense(s) under An kidnapping of A Transsexual with too much Money in A writ of habeas Corpus Cases.

5) (a) yes
   (b) NO
   (c) NO
   (d) Not grievible at this Prison facility RAN by Domestic Terrorist.

I hereby State/Declare that the foregoing IS true and correct to the Best of my Knowledge and Intelligence ~~Alfred E Coate Art#250227~~ 67 of ~~April~~ <u>120</u>

5 (M) of 24 of 24

### E.  REQUEST FOR RELIEF

State the relief you are seeking:

for Retaliation I seek $880,000,000.00 Million dollars Against the State of Arizona for Allowing the Retaliation to Continue for over 39 months with No Intervention. Plus Interest on the Judgment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7th 2023

DATE

SIGNATURE OF PLAINTIFF

Alfred Erick Caroffe ADC#380727

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Not An Attorney

(Signature of attorney, if any)

In Custody of      Arizona Dept. of Corrections.

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

68 of 120

6A of 24

## E.   REQUEST FOR RELIEF

$3,500,000.00

State the relief you are seeking:

Against Stacy Garwood I seek ~~25 Mill~~
In Individual Capacities. And I seek 250,000,000
plus interest Million dollars Against the State of Arizona In
Official Capacity. And 118,000 dollars Against
Ryan thornell in Individual capacity for Failure to
Respond ~~to~~ resoneable And Allow this Behavior

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __April 7th 2023__
DATE                                              SIGNATURE OF PLAINTIFF

Alfred "Erika" Caraff ADC#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Not An Attorney
(Signature of ~~attorney~~, if any)

In custody
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

69 of 120

6B of 24